IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DOMINIQUE J. WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-1214-RP |
| | § | |
| RICHARD HENRY ANTON, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court are the reports and recommendations from United States Magistrate Judge Susan Hightower concerning Plaintiff Dominique J. Williams's ("Plaintiff") complaint pursuant to 28 U.S.C. § 1915(e). (R. & R., Dkts. 4, 6). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Hightower issued her reports and recommendations on December 18, 2024, and January 21, 2025. (*Id.*). As of the date of this order, no party has filed objections to the reports and recommendations.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the reports and recommendations for clear error. Having done so and finding no clear error, the Court accepts and adopts the reports and recommendations as its own orders.

1

Accordingly, the Court **ORDERS** that the Reports and Recommendations of the United States Magistrate Judge, (Dkts. 4, 6), are **ADOPTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**. Plaintiff is warned against further duplicative filings. If Plaintiff continues to file frivolous pleadings in this Court, it may result in Plaintiff being barred from future filings without obtaining prior approval from a federal district or magistrate judge.

**SIGNED** on March 18, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE